## MEHARRY *v.* SIMMONS.

APPEAL from the *Montgomery* Circuit Court.

*Per Curiam.*—Demurrer to the complaint overruled. No exception taken. Answer and reply. Jury trial; verdict

Monday,
June 1.

CASES IN THE SUPREME COURT

for plaintiff; motion for a new trial overruled. No exception; and no bill of exceptions in the case. Judgment for plaintiff.

The record presents no question (1).

The judgment is affirmed with 10 per cent. damages and costs.

*I. Naylor* and *J. Wilson*, for the appellant.

(1) See *post, Jolly et al.* v. *The Terre Haute Bridge Co.*, and cases cited. .